UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ARTHUR VERNON JENSEN, | Civil No. 2:13-CV-01524-RE |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge shall weigh the medical opinions of record, articulating the weight assigned those opinions and the reasons for that weight (20 C.F.R. § 416.927; Social Security Ruling 06-03p); reassess the claimant's residual functional capacity during the relevant period (20 C.F.R. § 416.945; Social Security Rulings 85-16 and 96-8p); and obtain vocational expert evidence at steps four and five of the sequential evaluation process (20 C.F.R. §§ 416.962 and 416.966; Social Security Ruling 00-4p).

IT IS SO ORDERED this 22 day of September, 2014.

UNITED STATES DISTRICT JUDGE

Page 1   ORDER - [2:13-CV-01524-RE]